ORDERED.

**Dated:  September 20, 2018**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MITCHELL ALLEN PROPSTER,                          Case No.: 6:11-bk-15434-CCJ
                                                  Chapter 7
    Debtor.
_____/

SALBA CORP., N.A., a Canadian corporation,        Adv. No.: 6:16-ap-00089-CCJ
SALBA SMART NATURALS PRODUCTS,
LLC a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON

    Plaintiffs,
v.

MITCHELL ALLEN PROPSTER

    Defendant.
_____/

## FINAL JUDGMENT

This adversary proceeding came before the Court on the Motion by Plaintiffs, SALBA

Corp., N.A., SALBA Smart Naturals Products, LLC, William A. Ralston, and Richard L. Ralston,

for Partial Summary Judgment against the Defendant, Mitchell Allen Propster. Consistent with the

1

Order Granting Plaintiffs' Motion for Partial Summary Judgment entered contemporaneously, it is

ORDERED:

1.      Judgment is entered in favor of the Plaintiffs, SALBA Corp., N.A., SALBA Smart Naturals Products, LLC, William A. Ralston, and Richard L. Ralston, and against the Defendant, Mitchell Allen Propster as to Count II of the complaint.

2.      The amounts owed by Defendant, Mitchell Allen Propster to Plaintiffs, SALBA Corp., N.A., SALBA Smart Naturals Products, LLC, William A. Ralston, and Richard L. Ralston pursuant to the Final Judgment and Attorney Fee Order entered by the United States District Court for the District of Colorado in *SALBA Corp. N.A. v. X Factor Holdings, LLC*, Civil Action No. 12-cv-01306-REB-KLM are nondischargeable under Section 523(a)(6) of the Bankruptcy Code.

The clerk is directed to serve a copy of this judgment on all interested parties.

2